```
UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
------------------------------------------------------------X
                                                            :
FAIRFIELD SENTRY LIMITED (IN                                :
LIQUIDATION), acting by and through the                     :
Foreign Representatives thereof, and                        :
KENNETH KRYS, solely in his capacity as                     :   19-CV-3911 (VSB), 21-CV-4381 (VSB),
Foreign Representatives and Liquidator                      :   21-CV-4453 (VSB), 21-CV-4486 (VSB),
thereof,                                                    :   21-CV-4487 (VSB), 21-CV-4496 (VSB),
                                                            :         21-CV-4400 (VSB)
                    Plaintiffs/Appellants,                  :
                                                            :              ORDER
            - against –                                     :
                                                            :
CITIBANK, N.A. LONDON,                                      :
                                                            :
                    Defendants/Appellees.                   :
------------------------------------------------------------X
```

<u>VERNON S. BRODERICK, United States District Judge</u>:

It has come to my attention that six cases related to *In Re: Fairfield Sentry Limited*, 19-CV-3911 (VSB), were not consolidated with the lead case and have no pending motions. *See In Re: Fairfield Sentry Limited*, 21-CV-4381 (VSB); *In Re: Fairfield Sentry Limited*, 21-CV-4453 (VSB); *In Re: Fairfield Sentry Limited*, 21-CV-4486 (VSB); *In Re: Fairfield Sentry Limited*, 21-CV-4487 (VSB); *In Re: Fairfield Sentry Limited*, 21-CV-4496 (VSB); and *In Re: Fairfield Sentry Limited*, 21-CV-4400 (VSB). Accordingly, it is hereby:

ORDERED that if there is any reason judgment should not be entered in the six related cases in accordance with my Opinion & Order in the lead case, the parties inform me on or before October 6, 2022. Otherwise, I will direct the Clerk of Court to enter judgment in accordance with *In Re: Fairfield Sentry Limited*, 19-CV-3911 (VSB), Doc. 600.

SO ORDERED.

Dated: September 30, 2022
       New York, New York

*[signature: Vernon Broderick]*
Vernon S. Broderick
United States District Judge